# United States Bankruptcy Court
## of the
## Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   JOSEPH P. GAZIANO                                   Case Number: 04-71207
         2124 SAUBER AVENUE            SSN-xxx-xx-0886
         ROCKFORD, IL  61103

                                                    Case filed on:      3/5/2004
                                                    Plan Confirmed on:  8/6/2004
                       P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $49,150.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 202 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 204 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 210 | BENEFICIAL FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 222 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 3,456.04 | 3,456.04 | 3,456.04 | 0.00 |
| 043 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 3,456.04 | 3,456.04 | 3,456.04 | 0.00 |
| 999 | JOSEPH P. GAZIANO | 0.00 | 0.00 | 5,150.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 5,150.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 1,642.00 | 1,642.00 | 1,642.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 5,000.00 | 5,000.00 | 5,000.00 | 450.20 |
| 003 | HYUNDAI MOTOR FINANCE COMPANY | 8,800.00 | 8,800.00 | 8,800.00 | 2,239.62 |
| 004 | US BANK NA | 17,516.64 | 13,507.00 | 13,507.00 | 2,991.84 |
| 004 | US BANK NA | 575.00 | 575.00 | 575.00 | 0.00 |
|  | Total Secured | 33,533.64 | 29,524.00 | 29,524.00 | 5,681.66 |
| 002 | FORD MOTOR CREDIT CORP | 279.65 | 279.65 | 279.65 | 0.00 |
| 003 | HYUNDAI MOTOR FINANCE COMPANY | 220.03 | 220.03 | 220.03 | 0.00 |
| 004 | US BANK NA | 0.00 | 4,009.64 | 26.82 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 4,273.21 | 4,273.21 | 28.57 | 0.00 |
| 006 | BECKET & LEE, LLP | 8,221.83 | 8,221.83 | 54.96 | 0.00 |
| 007 | ASPIRE VISA | 2,461.52 | 2,461.52 | 16.45 | 0.00 |
| 008 | TSYS TOTAL DEBT MANAGEMENT | 564.91 | 564.91 | 3.78 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 950.00 | 950.00 | 6.35 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 14,660.40 | 14,660.40 | 98.00 | 0.00 |
| 011 | SHERMAN ACQUISITION DBA | 468.05 | 468.05 | 3.13 | 0.00 |
| 012 | CAPITAL ONE | 457.17 | 457.17 | 3.06 | 0.00 |
| 013 | CAR CARE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAVALRY INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 1,220.62 | 1,220.62 | 8.16 | 0.00 |
| 016 | SHERMAN ACQUISITION DBA | 714.82 | 714.82 | 4.78 | 0.00 |
| 017 | CLARK RETAIL ENTERPRISES INC | 177.74 | 177.74 | 1.19 | 0.00 |
| 018 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | B-LINE LLC | 7,325.12 | 7,325.12 | 48.97 |  |
| 021 | ECAST SETTLEMENT CORPORATION | 452.22 | 452.22 | 3.02 | 0.00 |
| 022 | PREMIER BANKCARD/CHARTER | 314.70 | 314.70 | 2.10 | 0.00 |
| 023 | GENERAL MOTORS ACCEPTANCE CORPORATION | 5,564.98 | 5,564.98 | 37.20 | 0.00 |
| 024 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MARATHON ASHLAND PETROLEUM LLC | 226.33 | 226.33 | 1.51 | 0.00 |
| 026 | MERRICK BANK | 1,032.45 | 1,032.45 | 6.90 | 0.00 |
| 027 | PHILLIPS 66 | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PHYSICIANS IMMEDIATE CARE | 326.50 | 326.50 | 2.18 | 0.00 |
| 029 | ECAST SETTLEMENT CORPORATION | 507.37 | 507.37 | 3.39 | 0.00 |
| 030 | ROUNDUP FUNDING LLC | 514.97 | 514.97 | 3.44 | 0.00 |
| 031 | ROCKFORD HEALTH SYSTEMS/ | 1,083.44 | 1,083.44 | 26.16 | 0.00 |
| 032 | SHERMAN ACQUISITION DBA | 2,377.58 | 2,377.58 | 15.89 | 0.00 |
| 033 | SHERMAN ACQUISITION DBA | 739.38 | 739.38 | 4.94 | 0.00 |
| 034 | MARY LOU GAZIANO | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | MELISSA SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | BECKET & LEE, LLP | 308.20 | 308.20 | 2.06 | 0.00 |
| 037 | BECKET & LEE, LLP | 357.85 | 357.85 | 2.39 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 038 | BANK ONE DELAWARE NA fka FIRST USA | | 3,895.02 | 3,895.02 | 26.04 | 0.00 |
| 039 | ROUNDUP FUNDING LLC | | 931.49 | 931.49 | 6.23 | 0.00 |
| 040 | ECAST SETTLEMENT CORPORATION | | 666.57 | 666.57 | 4.45 | 0.00 |
| 041 | CAPITAL ONE | | 1,848.48 | 1,848.48 | 12.36 | 0.00 |
| 042 | CAPITAL ONE | | 2,232.53 | 2,232.53 | 14.93 | 0.00 |
| | | Total Unsecured | 65,375.13 | 69,384.77 | 979.09 | 0.00 |
| | | Grand Total: | 103,728.81 | 103,728.81 | 40,473.13 | 5,681.66 |

Total Paid Claimant:　　$46,154.79
Trustee Allowance:　　$2,995.21
Percent Paid Unsecured:　　1.41

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 04/18/2008　　　　　　By  /s/Heather M. Fagan